## Century Indemnity Company, Appellee, v. Board of Education of City of Chicago, Appellant.

### Gen. No. 43,085.

Heard in the third division, first district, this court at the June term, 1944; opinion filed November 7, 1945; released for publication November 27, 1945. Richard S. Folsom, for appellant; James W. Coffey and Sherman W. Clark, of counsel; Geary V. Stibgen and Edward T. Duday, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.